**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| WALNUT HILL, INC. : | CASE NO. 16-20960(JJT) |
|    Debtor : | |
| : | |
| BONNIE MANGAN, TRUSTEE : | ADVERSARY PROCEEDING |
|    Plaintiff : | NO.: 18-02028 (JJT) |
| V. : | |
| TL MANAGEMENT, LLC, et al. : | |
|    Defendants : | JULY 19, 2018 |

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that on July 19, 2018, a copy of the foregoing Appearance in Adversary Proceeding was filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

                                                     */s/ Thomas A. Gugliotti*
                                                     Thomas A. Gugliotti, Esq.
                                                     Updike, Kelly & Spellacy, P.C.